BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARGIS KHAN, et al. | No. 2:09-cv-02617 MCE KJM |
| Plaintiffs, | JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT; ORDER |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in the processing of Suriya Khan's visa application. The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a 60-day extension of time for the government to file its answer to the complaint, until January 25, 2010.

Dated: November 24, 2009

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:   /s/ Robert B. Jobe
      Robert B. Jobe
      Attorney for the Plaintiffs

-1-

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to January 25, 2010.

IT IS SO ORDERED.

Dated: November 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE