BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NARGIS KHAN, et al. | No. 2:09-cv-02617-MCE-KJM |
| Plaintiffs, | JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT; ORDER |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in the processing of Suriya Khan's visa application. The parties respectfully inform the Court that they continue to endeavor to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a second 60-day extension of time for the government to file its answer to the complaint, until March 25, 2010.

Dated: January 22, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to March 25, 2010.

IT IS SO ORDERED.

Dated:  January 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE