BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NARGIS KHAN, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>Janet Napolitano, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CV S 09-2617 MCE KJM<br><br>THIRD JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT;  ORDER |

This is an immigration case in which plaintiffs have challenged the delay in the processing of Suriya Khan's visa application.  The parties respectfully inform the Court that they are making progress toward an administrative resolution to the matter, and expect the administrative process to be concluded promptly.  Accordingly, the parties stipulate to a third 60-day extension of time for the government to file its answer to the complaint, until May 25, 2010.

Dated: March 19, 2010

                                BENJAMIN B. WAGNER
                                United States Attorney


                        By:    /s/Audrey Hemesath
                                Audrey B. Hemesath
                                Assistant U.S. Attorney
                                Attorneys for the Defendants


                        By:    /s/ Robert B. Jobe
                                Robert B. Jobe
                                Attorney for the Plaintiffs

-1-

1
2
3
4          <u>ORDER</u>

    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
ORDERED that the time for the government to answer the complaint is extended to May 25,
2010.

    IT IS SO ORDERED.

 Dated: March 31, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE