BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARGIS KHAN, et al. | No. CV S 09-2617 MCE KJM |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in the processing of Suriya Khan's visa application. As administrative resolution of the matter is imminent, the parties hereby stipulate to dismissal of the complaint.

Dated: May 25, 2010

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                         By:    /s/Audrey Hemesath
                               Audrey B. Hemesath
                               Assistant U.S. Attorney
                               Attorneys for the Defendants

                         By:    /s/ Robert B. Jobe
                               Robert B. Jobe
                               Attorney for the Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.


Dated:  May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE